IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED IN OPEN COURT

[ ] 2011

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 1:11cr578 |
| v. ) | |
| ) | Count 1: 18 U.S.C. § 2423(a) |
| RAMON RAUDEL CAMPOS MURILLO, ) | (Transportation of a Minor for Prostitution) |
| ) | |
| a/k/a "Raudel," ) | Count 2: 18 U.S.C. § 2421 |
| a/k/a "Chilango," ) | (Transportation of Individual for Prostitution) |
| ) | |
| Defendant. ) | |

DECEMBER 2011 TERM – at Alexandria, Virginia

INDICTMENT

Count 1

(Transportation of a Minor for Prostitution)

THE GRAND JURY CHARGES THAT:

In and around August and September, 2010, in the Eastern District of Virginia, RAMON RAUDEL CAMPOS MURILLO, also known as "Raudel" and "Chilango," the defendant, knowingly transported E.A., who had not attained the age of 18 years, in interstate commerce, with the intent that E.A. engage in prostitution.

(In violation of Title 18, United States Code, Sections 2 and 2423(a).)

## Count 2

(Transportation of Individual for Prostitution)

THE GRAND JURY FURTHER CHARGES THAT:

In and around, October, 2009, in the Eastern District of Virginia, RAMON RAUDEL CAMPOS MURILLO, also known as "Raudel" and "Chilango," the defendant, knowingly transported G.R., in interstate commerce, with the intent that G.R. engage in prostitution.

(In violation of Title 18, United States Code, Sections 2 and 2421.)

A TRUE BILL

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

_____
Foreperson

Neil H. MacBride
United States Attorney

By: _____
Marc J. Birnbaum
Special Assistant United States Attorney

_____
Jonathan Fahey
Assistant United States Attorney

2